## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**BARBARA CIRCIELLO**
    **Plaintiff**

   **V.**                              **CIVIL ACTION NO. 08-11736-RGS**

**HALLMARK HEALTH SYSTEMS, INC.,**
**LOUIS ALFANO, JR., M.D.,**
    **Defendants**

## JUDGMENT/ORDER OF DISMISSAL

**STEARNS, DJ.**                                            **MAY 4, 2009**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON MOTIONS TO DISMISS ENTERED ON THIS DATE,

    IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, HALLMARK HEALTH SYSTEMS, INC. AND LOUIS ALFANO, JR., M.D.,  ON THE RICO CLAIMS.   THE COURT DECLINES JURISDICTION OVER THE PLAINTIFF'S STATE-LAW CLAIMS.

    CASE DISMISSED.

    **SO ORDERED.**

                                                     **RICHARD G. STEARNS**
                                                     **UNITED STATES DISTRICT JUDGE**

                  **BY:**
                                  **/s/ Mary H. Johnson**
                              _____
                                    **Deputy Clerk**